UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*,<br><br>　　　　　*Plaintiffs,*<br><br>　　v.<br><br>CENTRAL INTELLIGENCE AGENCY,<br><br>　　　　　*Defendant*. | Civil Action No. 04-0814 (RCL) |

## NOTICE OF SUBSTITUTION OF COUNSEL

The Clerk of the Court will please enter the appearance of Assistant United States Attorney Kathleene Molen as counsel of record for Defendant in the above-captioned case and remove Assistant United States Attorney Christopher C. Hair as counsel for Defendant.

Dated: July 29, 2020　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　  */s/ Kathleene Molen*
　　　　　　　　　　　　　　　　　　　　KATHLEENE MOLEN
　　　　　　　　　　　　　　　　　　　　VA BAR #68460
　　　　　　　　　　　　　　　　　　　　Assistant United States Attorney
　　　　　　　　　　　　　　　　　　　　555 4th Street, N.W.
　　　　　　　　　　　　　　　　　　　　Washington, D.C. 20530
　　　　　　　　　　　　　　　　　　　　(202) 803-1572
　　　　　　　　　　　　　　　　　　　　Kathleene.Molen@usdoj.gov