UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-0814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

**[PROPOSED] ORDER**

Upon consideration of the parties' *Joint Motion for an Extension of Time to File a Status Report Regarding Attorneys' Fees*, it is hereby:

**ORDERED** that the parties' Motion is **GRANTED.**

It is **FURTHER ORDERED** that the parties shall file a Status Report on **March 1, 2021,** addressing the potential for settlement and proposing a schedule for any fee litigation that may be required.

It is **SO ORDERED** this _____ day of _____, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge