**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|   |   |
|---|---|
| ROGER HALL, *et al.*, | ) |
|  | ) |
|     Plaintiffs, | ) |
|  | ) |
|     v. | )    Civil Action No. 04-0814 (RCL) |
|  | ) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
|  | ) |
|     Defendant. | ) |
| _____ | ) |

**[PROPOSED] ORDER**

In light of the parties' joint status report updating the Court on the progress of the discussions associated with this matter, it is hereby **ORDERED** that the parties will file another status report by **March 29, 2021**, to further update the Court on the parties' discussion pertaining to the potential for settlement and proposing a schedule for any fee litigation if necessary.


_____
Date

_____
Hon. Royce C. Lamberth
United States District Judge