UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER HALL, et al.,                )
                                   )
    Plaintiffs,                    )
                                   )
    v.                             )   Civil Action No. 04-814 (RCL)
                                   )
CENTRAL INTELLIGENCE AGENCY,       )
                                   )
    Defendant.                     )
_____)

PLAINTIFFS' UNOPPOSED MOTION FOR ENLARGEMENT
OF TIME WITHIN WHICH TO FILE MOTION TO RECONSIDER
THE COURT'S NOVEMBER 30, 2020 ORDER AND JUDGMENT

COME NOW plaintiffs Roger Hall, Studies Solutions Results, Inc. ("SSRI"), and Accuracy in Media, Inc. ("AIM"), by counsel, under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and respectfully move this Court for a 30-day enlargement of time to file their Motions to Reconsider the Court's November 30, 2020 Judgment and Order, until March 30, 2021. Defendant CIA does not oppose the relief sought. The facts and reasons set forth below establish that there is good cause for the Court to grant this unopposed motion.

Memorandum of Points and Authorities

1. By Order entered on November 30, 2020, the Court entered its Order and Judgment, terminating this case. ECF No. 353.

2. By Order entered on December 18, 2020, the Court granted plaintiffs' motion for enlargement of time to submit their motions to reconsider its Order and Judgment, setting Saturday, February 27, 2021, as plaintiffs' due date. ECF No. 355.

3. Under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, *Extending Time*, "the court may, for good cause, extend the time... if a request is made, before the original time or its extension expires..."

4. This Court may take judicial notice of the fact that all parties to this litigation and their counsel have been severely and adversely affected by the so called "COVID-19 Pandemic," as recognized by the order issued by United States Supreme Court Justice John Roberts decreeing that all parties contemplating filing a petition for a *writ of certiorari* to that Court are entitled to an automatic one-time extension of 150 days.

5. James H. Lesar, counsel for plaintiffs Hall and SSRI, faces immediate time deadlines in several other cases which have impeded his ability to timely prepare a properly supported motion for reconsideration in this longstanding complex case with a voluminous factual record.

6. Mr. Lesar tested positive for COVID-19 on December 8, 2020.  He is currently awaiting the resolution of lab tests ordered by his nephrologist to determine whether the COVID-19 test result was a false positive.

7. AIM's counsel, John H. Clarke, has also been adversely effected by COVID-19. On January 13, 2021, the DC Superior Court issued an Administrative Order, withdrawing its November 5, 2020 order that had "suspended, tolled, and extended during the period of the current judicial emergency" all due dates.  "With respect to matters in the Probate and Tax Divisions," the Court wrote, "the moratorium is now lifted and all deadlines for statutory and rules-based time limits in the D.C. Code and the Superior Court Rules are now in full force and effect."  Order at 20.  In compliance with that Court's January 13 Order, counsel will submit 12 separate filings for that Court on Tuesday, March 2.  Preparation of

these filings has hampered counsel's ability to expend sufficient time to prepare a properly supported motion in this case, given the voluminous factual record here.

CONCLUSION

For the reasons set forth above, plaintiffs respectfully seek an extension of time to and including March 30, 2021, to submit their Motion to Reconsider the Court's December 18, 2020, Order and Judgment.

DATE:  March 1, 2021.

Respectfully submitted,

/s/
James H. Lesar # 114413
930 Wayne Avenue
Suite 1111
Silver Spring, MD  20910
(301) 328-5920
jhlesar@gmail.com

*Counsel for Plaintiffs*
*Roger Hall and SSRI, Inc.*


/s/
John H. Clarke # 388599
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 344-0776
Fax: (202) 332-3030
johnhclarke@JohnHClarkeLaw.com

*Counsel for plaintiff*
*Accuracy in Media, Inc.*