UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, et al., )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-814 (RCL) |

ORDER

Upon consideration of the *Plaintiffs' Consent Motion for Enlargement of Time Within Which to File Motion to Reconsider the Court's November 30, 2020, Order and Judgment*, until March 30, 2021, it is hereby

ORDERED that the Motion is GRANTED; and it is further

ORDERED that plaintiffs shall have until March 30, 2021, to submit their Motion to Reconsider the Court's November 30, 2020 Order.

Date: March _____, 2021.

_____
Royce C. Lamberth
United States District Judge