UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-0814 (RCL) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |

[~~PROPOSED~~] ORDER [358]

In light of the parties' joint status report updating the Court on the progress of the discussions associated with this matter, it is hereby **ORDERED** that the parties will file another status report by **March 29, 2021**, to further update the Court on the parties' discussion pertaining to the potential for settlement and proposing a schedule for any fee litigation if necessary.

_3/3/21_
Date

_Royce C. Lamberth_
Hon. Royce C. Lamberth
United States District Judge