UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 04-0814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) |
| Defendant. | ) ) |

**JOINT STATUS REPORT**

Defendant, the Central Intelligence Agency ("CIA" or "Agency"), and Plaintiffs Roger Hall ("Hall"), Studies Solutions Results, Inc., ("SSRI") and Accuracy in Media, Inc., ("AIM") jointly submit this status report to apprise the Court of the status of the parties' discussions regarding attorneys' fees in this Freedom of Information Act ("FOIA"), Privacy Act ("PA") and JFK Records Act matter.  Accordingly, the parties state as follows:

1. On November 30, 2020, the Court ordered the parties to meet and confer regarding attorneys' fees and to file a status report on January 29, 2021, addressing the potential for settlement and proposing a schedule for any fee litigation that may be required. *See* ECF. No. 353.

2. On January 27, 2021, counsel for AIM, John Clarke, sent the CIA an itemization of his hours.

3. On January 27, 2021, counsel for Plaintiffs Hall and SSRI, James H. Lesar, sent a preliminary itemization of his hours, and indicated he was gathering additional billing statements for himself and others who worked on the case.  To date, the CIA has not been provided an updated itemization.

4. The CIA will be shortly presenting settlement offers to Plaintiffs' counsels.

5. Accordingly, based on the above, the parties respectfully propose that they provide another update by **April 30, 2021**, on the parties' discussion pertaining to the potential for settlement and proposing a schedule for any fee litigation if necessary. (See separate report by Plaintiff Hall at Attachment A).

A proposed order is attached.

Dated: March 29, 2021    Respectfully submitted,

/s/ James H. Lesar
James H. Lesar, Bar No. 114413
Counsel for plaintiffs Roger Hall and
Studies Solutions Results, Inc.
930 Wayne Avenue
Unit 1111
Silver Spring, MD  20910
(301) 328-5920
jhlesar@gmail.com


/s/ John H. Clarke
John H. Clarke, Bar No. 388599
Accuracy in Media, Inc.
1629 K Street, NW
Suite 300
Washington, DC  20006
(202) 344-0776
Fax: (202)332-3030
johnhclarke@earthlink.net

*Counsel for Plaintiffs*

CHANNING D. PHILLIPS, D.C. Bar #415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division


By: /s/ Kathleene Molen
KATHLEENE MOLEN
Assistant United States Attorney

2

555 4th Street, N.W.
Washington, District of Columbia 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*