UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, )<br>)<br>  Plaintiffs, )<br>)<br>  v. )<br>)<br> CENTRAL INTELLIGENCE AGENCY, )<br>)<br>  Defendant. )<br>) | Civil Action No. 04-0814 (RCL) |

**JAMES H. LESAR'S STATEMENT OF ADDITIONAL REASONS SUPPORTING THE ENLARGEMENT OF TIME TO SUBMIT THE NEXT JOINT STATUS REPORT**

1. Counsel Lesar advises the Court that since March 9, 2021, his ability to work on this and other of his dozen pending cases has been profoundly impaired by a cataclysmic event in his life and practice. Early on the morning that day, Julia Greenberg, a highly esteemed longtime friend and associate of attorney Lesar, was arrested by a gang of FBI/ICE agents in front of her young children as she was getting dressed to board an airplane to return home to New York from a weekend vacation near Denver, Colorado. She was charged with having conspired to commit immigration fraud by enticing Yuriy Mosha and other East Europaen asylum seekers to lie to the immigration judge about their claims to be gays and/or lesbians fleeing the Putin regime.

2. These charges have destroyed the illustrious career and family life of an extraordinarily gifted young attorney who rose to the top of her profession despite having immigrated to the United States from Belorussia and landed, penniless and unable to speak but a few words of English, on Staten Island two days before September 11, 2001, where she witnessed the attack on the Twin Towers from the Staten Island ferry as she began 'her first day of work.

3. The FBI attack on the integrity of Ms. Greenberg is a complete and utter outrage. It casts an indelible stain on the workings of the American system of justice that brings back the ghosts

of J. Edgar Hoover. However, Ms. Greenberg is not the primary focus of the attack. The real targets of the attack are Lesar and Angela Clemente and perhaps Sirhan Sirhan. The FBI aims to destroy or derail Clemente's investigation of the corrupt global drug and human trafficking global cartel run by Les Wexner, Leon Black and their business associates, who were closely allied with Jeffrey Epstein in sexually abusing young boys and girls. The FBI's objectives are to obstruct the FOIA/PA JFK Act lawsuit for records on the murder, suicide or disappearance of Jeffry Epstein, C.A. No. 20-1527 (TNM).

    4. In light of these circumstances, and many others not mentioned here for want of time, Lesar must give top priority to the Julia Greenberg case at present.

Dated:  March 29, 2021        Respectfully submitted,

    */s/  James H. Lesar*
James H. Lesar, Bar No. 114413
Counsel for plaintiffs Roger Hall and
Studies Solutions Results, Inc.
930 Wayne Avenue
Unit 1111
Silver Spring, MD  20910
(301) 328-5920
jhlesar@gmail.com