UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-814 (RCL) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

## AFFIDAVIT OF BETHANY ANN HENDERSHOT

1.      My name is Bethany Ann Hendershot.  In connection with my employment as researcher for Mr. Clarke, I have reviewed the CIA's August 20, 2019 production, which can be found here http://johnhclarkelaw.com/pdf/Hall-CIA/CIA-Production-2019-2012-pages.pdf.

2.      The production is 392 documents, totaling 2,012 pages.

3.      I composed the attached chart.  It contains five columns:  Page, Description, Date, Regarding Laos, and Regarding Countries.

4.      At lease forty-nine of the 392 records regard Laos.

5.      Several hundred pages are redacted with the notation "(b)(3) CIA Act."

6.      Following the chart is a tally of the number of documents generated by year, spanning through 1962 through 2011.  152 records are from the sixties, and 149 are from the seventies.  (Some records where dates were not apparent may not have been counted, and some records with similar material may have been consolidated.)

I hereby certify and affirm that the forgoing is true to the best of my information, knowledge, and belief.

Date:  April 20, 2021.

Bethany Ann Hendershot

| Page | Description | Date | Regarding Laos | Regarding Countries |
|------|-------------|------|----------------|---------------------|
| 1-2 | List of intelligence materials indicating reports of POW/MIA sightings | Sometime after August 8, 1990 (newest intelligence listed is from that date) | Y | Cambodia, Vietnam |
| 3 | Report regarding live sightings of POWs as well as American remains | June 1988 | | Vietnam |
| 4 | Report regarding Lao resistance members who produced a report, "Biography of Prisoner," which was "reportedly written by a live American POW in Laos." | N/A | Y | |
| 5-8 | CIA Memorandum sent to the Director of the DIA | June 13, 1972 | | Vietnam |
| 9-153 | FOIA Request Listing. List including the names of the requesters as well as their identified topics. | January 2, 1992 | Y | Vietnam, Cambodia, Thailand, China, USSR, North Korea, Southeast Asia |
| 154-166 | Memorandum regarding a scheduled Board of Review meeting regarding the death of servicemen. Includes data check sheets. | September 20, 1967 | | |
| 167-193 | Memorandum regarding the return of missing employees and how they will be treated upon return. Includes names and missing | May 29, 1973 | | |

| | | | | |
|---|---|---|---|---|
| | employee materials. | | | |
| 194-195 | Meeting of the board of review regarding one missing Clarence N. Driver. | March 23, 1973 | | |
| 196-210 | Memorandum to SVP-OCA. Includes personnel files/paperwork processing return of air employees who had gone missing. | April 16, 1973 | | |
| 211-212 | Letter from Air America to Radio of Free Asia requesting that information regarding an aircraft crew missing in action in Laos be broadcast on RFA. | October 4, 1972 | Y | |
| 213 | Teletype to Chief Executive Officer of WAS with the subject of "Air America Personnel MIA" | N/A | Y | |
| 214-217 | Letter to Select Committee on POW/MIA Affairs from Deputy Director for Senate Affairs with classified report on number killed, wounded and Missing in Action in Laos since 1961. | November 16, 1992 | Y | Southeast Asia |
| 218-223 | US Department of Labor provides a list of names of persons classified | October 16, 1980 | Y | |

| | | | |
|---|---|---|---|
| | as MIA from the Vietnam War | | | |
| 224-226 | A report detailing what sources have stated regarding the shootdowns of aircraft during the Vietnam Conflict | March 1996 | Y | |
| 227-234 | A report detailing findings from a translated Vietnamese document, "Report of unilateral investigation of the 10th Anti-Aircraft Batallion, Group 559." It gives details about casualties and burials. | 1999 | Y | Vietnam |
| 235-240 | A typed note indicating that the Army had visited with kin of W.O. Varnado. A report follows detailing his demise in Cambodia. Several sections are crossed out. | March 6, 1975 | | Cambodia |
| 241-250 | An analysis of two letters from 1970 signed by an MIA, with a handwriting analysis. | October 28, 1970 | | Vietnam |
| 251-280 | Memorandum regarding missing NBC Correspondent Welles Hangen. Contains several letters of differing dates. Contains letters with George Bush. | April 30, 1976 (various dates) | | |
| 281-289 | Report regarding Air American crews | N/A | Y | Vietnam |

| | | | | |
|---|---|---|---|---|
| | missing, as well as detailed charts regarding fatalities and locations. | | | |
| 290-291 | Letter to Radio Free Asia requesting that RFA broadcast information about missing Air America employees. | September 26, 1972 | Y | |
| 292-302 | Air America Inc. Investigation of Missing Aircraft in Laos on March 7, 1973 | N/A | Y | |
| **303-348** | Routing and Record Sheets as well as letter to Trumbull County Vietnam Veterans Association. Regards a White House and Congressional request that the CIA provide that Association with information on the "location of live Americans in Southeast Asia." Includes handwritten letters. Intelligence information reports start on page 336, with a list of how many possible prisoners are at each location on pages 340-341. See pages 343-348, list of missing persons. | August 11, 1986 (various dates) | Y | Southeast Asia, Vietnam |
| 349-359 | Letter to CIA from Patricia Rowley Edwards about potential POW father. Letter from | March 30, 1988 | Y | |

| | Sen. Bob Smith to Edwards and news magazine article. | | | |
|---|---|---|---|---|
| 360-446<br><br>430- | Routing and Record Sheet stating that Congressional request is a "FOIA request for material in CIA files, in the guise of a constituent request." Regards POW request by Ann Holland. Contains *many* redacted/blank pages. | January 21, 1988 (various dates) | Y | |
| 447-454 | Congressional request from Senator Jim Webb regarding documents pertaining to the Vietnam/POW issue. Refers to the McCain bill on page 450. Includes letter from Senator Bob Smith. | December 2, 2011 | | |
| 455-456 | Redacted response to request for information on POW/MIA Vietnam issue. Sent with letter to Select Committee on Intelligence. | Letter is dated April 3, 1997. | | |
| 457 | Memorandum regarding phone call between SSCI and the CIA, who referred the staffer to the Defense POW/MIA office. | March 25, 1997 | | |
| 458-460 | HAC/S&I Staff Briefing (redacted) and a | January 26, 1998 | | |

| | | | | |
|---|---|---|---|---|
| | Memorandum for the Record. | | | |
| 461-465 | Assistant General Council. Note for: redacted. Subject: "Ltr. to Rep. Vento." **Important**. Regards CIA review for declassification of 40,000 pages of POW/MIA materials referred to CIA by NARA, under Mandatory Declassification Review. | June 16, 1999 | | |
| 466-467 | Memorandum for the Record discussing material given to Senator Bob Smith. | September 18, 1992 | | |
| 468-470 | Senate Select Committee letter requesting information on Lao refugee identified as source 2402, and another letter regarding "the sightings in Laos in 1986 by sources 5343 and 5991." | September 1, 1992 | Y | |
| 471-599 | Letters to Sen. Bob Smith and Sen. John Kerry regarding POW/MIA intelligence. See live sighting reports on pages 477-598. | February 11, 1992 | Y | |
| 600 | Reply to Part IV of the John Kerry/Bob Smith letter requesting information on decisions made by Vietnamese toward | February 7, 1992 | Y | Vietnam |

| | | | | |
|---|---|---|---|---|
| | POW's. Original packet *contains four attached documents, including assessments, a National Intelligence Estimate and a memorandum* which are not included in this release. | | | |
| 601-602 | Congressional letter to CIA asking for "COMINT information pertaining to U.S. POWs in Southeast Asia" reported as Human Intelligence. | June 10, 1992 | | |
| 603 | Letter to CIA requesting information on a "Laotian individual" with information about POWs. | June 8, 1992 | Y | |
| 604-606 | Memorandum regarding correspondence and a redacted page. | May 21, 1992 | | |
| 607-609 | Handwritten letter to CIA regarding a man's intention to launch a "covert operation" to bring home POWs, which he calls "Come Back Home." | September 26, 1984 | | Vietnam |
| 610-612 | Description of meeting with Senator Bob Smith. "Sen. Smith indicated that he was aware of some | June 20, 1997 | | Russia, Afghanistan, Vietnam |

| | | | | |
|---|---|---|---|---|
| | 300 NSA reports relating to Afghanistan and Russian POW/MIA matters." | | | |
| **613-624** | Chief Counsel writes the National Security Council demanding the declassification of documents which should be disseminated to the public.  See page 624 for request to declassify photographs of possible POW/MIA messages/symbols in Laos. | July 9, 1992 | Y | Vietnam |
| **625-933** | Declassification of CIA documents for Senate Select Committee on POW/MIA Affairs. Raw intelligence follows, as well as memoranda | August 11, 1992 | | Various Countries |
| 934-937 | Letter regarding how many records there were related to the Senate Select Committee on POW/MIA affairs. There is only "the equivalent" of one full-time employee engaged in declassifying approximately 40,000 pages of records. | June 3, 1999 | | |
| 938 | Memorandum to Senator Bob Smith regarding POW/MIA National | January 22, 1999 | | |

| | | | | |
|---|---|---|---|---|
| | Intelligence Estimate. | | | |
| 939-942 | Two letters and a "Clarifying Comment" report regarding the unclassified version of the Joint Report reviewing the 1998 NIE on POW/MIA issues. | September 27, 2000 | | Russia |
| 943-949 | Correspondence between CIA and U.S. Select Committee on Intelligence. Information on S.J. Res 28. | June 25, 1999 | | Vietnam |
| 950 | Memorandum by the Senate Select Committee on POW/MIA Affairs to CIA regarding documents received from the National Security Council which contain "CIA equities." | August 21, 1992 | | |
| 951-952 | CIA response to Senate Select Committee stating that it has reviewed the documents and that it would work with Senate Select Committee using "agreed-upon procedures." | August 27, 1992 | | |
| 953-957 | A routing slip that states Sen. Smith has been "obsessed with the [redacted] report. Time has not lessened his ardor, either." Includes a | June 28, 1993 | | |

| | | | |
|---|---|---|---|
| | memorandum which describes Bob Smith and John Rowland as "angry, confrontational, and frustrated…." | | |
| 958 | Letter to the CIA which requests information be given to Congress regarding Jack Williamson. | October 1, 1992 | Y |
| 959-961 | Letter to Select Committee on POW/MIA Affairs regarding Maung Ngoy sightings and a Lao refugee. | October 2, 1992 | Y |
| 962-964 | Indochina Operations Group memorandum to Office of Congressional Affairs regarding Senate Select Committee document requests. | September 23, 1992 | Y |
| 965-996 | Letters to the Select Committee on Intelligence and completely redacted POW/MIA documents. | October 2, 2000 | |
| 997 | A letter to Senator John Kerry requesting that Congress investigate why the CIA say they need not pay back pay to agents. | June 17, 1994 | |
| 998-999 | A Senate letter to the CIA requesting files from the National Indications Center and it | October 20, 1992 | |

| | | | | |
|---|---|---|---|---|
| | successor Strategic Warning Staff ranging from 1948-1975. | | | |
| 1000-1004 | A memorandum to the Office of Congressional Affairs by the Chief of the Indochina Operations Group indicating that staff plans to brief the Select Committee orally, and not in writing. | November 3, 1992 | | |
| 1005-1006 | Congressional request for information on Robert Egan and Le Quang Khai. | October 30, 1992 | | |
| 1007-1008 | Memorandum regarding meeting with Sen. Bob Smith regarding a security clearance for staff. | March 6, 1992 | Y | Cambodia, Vietnam, Thailand, Soviet Union, China |
| 1009-1085 | Memorandum to prepare Richard J. Kerr for appearance before Select Committee on POW/MIA Affairs. Includes remarks, testimony, and talking points. See page 1029 regarding Soviet Union and China. See pages 1031 and 1042 for Laos POWs. 119 "Vessey cases" at pages 1048-1049. Page 1068 states that "NSA currently holds approximately 2000 | November 25, 1991 | | |

| | | | | |
|---|---|---|---|---|
| | SIGINT Reports…relating to the loss, capture, and status of U.S. personnel in Southeast Asia." Foreign intelligence Report from 1982: Petr Ivanovich… POWs number 2,000 in Soviet Union (Pages 1082-1085) | | | |
| 1086 | Congressional letter requesting declassification of files related to Clarence Driver. | October 22, 1992 | Y | |
| 1087 | Congressional letter asking for lists of U.S. POWs "still alive and in captivity in Southeast Asia." | October 20, 1992 | | |
| 1088-1097 | Indochina Operations Group memorandum regarding Select Committee's request for "Copies of CIA documents found in NSC files." Descriptions of documents sanitized on pages 1095-1097. | October 19, 1992 | | Vietnam |
| 1098-1099 | Letter to Select Committee regarding the release and withholding of information. | November 2, 1992 | | |
| 1100-1101 | Memorandum by Indochina Operations Group regarding depositions which | October 20, 1992 | | |

| | | | | |
|---|---|---|---|---|
| | would remain classified. | | | |
| 1102-1103 | Chief Counsel letter to the CIA requesting more information regarding potential storage facility named "Rosebud." | October 22, 1992 | | |
| 1104-1107 | Memorandum detailing meeting with Senate Select Committee on POW/MIA regarding POW imagery in Laos, and the CIA's understanding of POW signals. | May 5, 1992 | Y | |
| 1108-1113 | Draft letter in response to Senator John Kerry. Refers to completely redacted list of former Chiefs of Station. | December 11, 1991 | | |
| 1114-1115 | Memorandum of meeting between Senate Select Committee investigator and Chip Beck. The investigator, LeGro "made it very clear that he believed that there were as many as 60 POWs held by the Vietnamese after 1973, that they were interrogated by the Soviets and did not return to the United States" (page 1114). | January 24, 1992 | | Vietnam, Soviet Union |

| 1116-1118 | Indochina Operations Group memorandum discussing, among other things, a list of Air America employees who did not return from Laos (page 1117). | N/A | Y | |
| 1119-1160 | Memoranda for Deputy Director of Central Intelligence and other intelligence community staff regarding upcoming hearing with House Task Force on American POW/MIAs in Southeast Asia. See table of contents on page 1126 for details on intelligence available. The intelligence is heavily redacted. Draft testimony starts on page 1151. | December 4, 1981 | Y | Vietnam |
| 1161-1178 | Jesse Helms writes William Casey about phone call. A summary from Franklin Graham regarding a possible source to discuss the fate of POWs in Vietnam starts on page 1163. The narrative with the source starts on page 1166. | April 9, 1981 | | Vietnam |
| 1179-1180 | Congressional letter to CIA Director asking for | January 3, 1991 | | |

| | | | | |
|---|---|---|---|---|
| | more information in response to newspaper article and constituent request. | | | |
| 1181-1183 | Memorandum describing meeting with Congressman Jack Fields, who had questions about whether POWs had been transported from Vietnam to the Soviet Union. | September 13, 1991 | | Soviet Union, Vietnam |
| 1184-1189 | Memorandum of meeting with staff director of Select Committee POW/MIA. Discusses how the staff director requested that investigators be permitted to view classified files, un-sanitized, and on site. Guidelines for redaction are explained on pages 1187-1189. | N/A | | |
| 1190-1195 | Memorandum regarding briefing of SSCI staffers regarding POW/MIA Affairs and the Vietnam conflict. | October 31, 1991 | | Vietnam |
| 1196-1484 | Letter to Office of Senate Security regarding 141 classified documents on loan to the Senate Select Committee with restricted access. These documents were | January 7, 1993 | Y | Cambodia, Vietnam, Thailand |

| | not to be included in the final report, or reproduced. Raw intelligence starting on page 1199. **I have included excerpts; this section should be read fully, in my opinion.** "There 50-60 POWs confined Citadel as of Aug 69." See page 1218 for raw intelligence that Vietnamese intended to use POWs as bargaining tool with U.S. Volume 2 begins on page 1254. Page 1255: "The movement of the POWs was supervised by Soviet Advisors." Volume 3 begins on page 1302. Volume 4 begins on page 1308. Volume 5 begins on page 1354. Volume 6 begins on page 1380. "...however, it was her general knowledge that American prisoners were still being held there in August 1982" (page 1405). Volume 7 begins on page 1415. Volume 8 begins on page 1436. Volume 9 begins on page 1452. Volume 10 begins on page 1475. | | | |
|---|---|---|---|---|

| 1485-1522 | Memorandum regarding possible call from Senator John Kerry. Gates letters to Kerry and Smith, respectively. The summary of intelligence included with the letter is redacted (1496-1501). Letters between Congress and the CIA. On page 1510 a memo discusses how many files on POWs the CIA has. (The data is redacted.) Pages 1514-1515 have a report, the subject of which is "U.S. Prisoners Being Held by the SRV for Use in Negotiations on Aid from the U.S. for the SRV." | October 29, 1992 | Y | |
| 1523-1524 | Memorandum to the National Security Council regarding "possible covert action in connection with POW/MIA issues." | November 4, 1992 | Y | Southeast Asia |
| 1525-1526 | Letter to Senate Select Committee. | December 2, 1992 | Y | Vietnam |
| 1527-1528 | Memorandum from Indochina Operations Group, with the subject, "Information on Whether Civilian Pilots in Indochina Used Distress Symbols." | November 23, 1992 | Y | Vietnam |
| 1529-1534 | CIA fax to Senate Select Committee, with information | December 4, 1992 | | Vietnam |

| | | | | |
|---|---|---|---|---|
| | regarding debriefing of defector General Jan Sejna. | | | |
| 1535-1546 | Memorandum regarding Senate Select Committee Investigator's visit. On page 1537, "I told him that last fall we had reviewed 400 CIA intelligence disseminations on live sightings, and in every case the actual information can be declassified…" (second half redacted). | May 15, 1992 | Y | Vietnam |
| 1547-1550 | Memorandum by the Indochina Operations Group regarding "Items Requested by Senate Investigator…" | May 19, 1992 | | |
| 1551-1556 | Letters from Senate to CIA. Pages 1555-1556 contains names of missing, "all Arkansas unaccounted for in Southeast Asia." | July 22, 1981 | | |
| 1557 | Memorandum for the Director of Central Intelligence about plans for a meeting with Senator DeConcini. | September 14, 1981 | | |
| 1558 | Memorandum indicating that there were no vacancies for applicants. | January 26, 1968 | | |

| 1559 | Memorandum regarding air freight specialist applications. | January 25, 1968 | | |
|---|---|---|---|---|
| 1560 | Attached applications for air freight specialist candidates. | January 17, 1968 | | |
| 1561 | Personnel file for Edward James Weissenback. | N/A | | |
| 1562 | Cover Sheet regarding Weissenback. | June 21, 1968 | | |
| 1563 | Personnel file regarding Weissenback's character. | November 16, 1967 | | |
| 1564 | Personnel file regarding Weissenback's character. | November 16, 1967 | | |
| 1565 | Personnel file regarding Weissenback's character. | November 16, 1967 | | |
| 1566 | Personnel file regarding Weissenback's character. | November 16, 1967 | | |
| 1567 | Personnel file regarding Weissenback's character. | November 16, 1967 | | |
| 1568 | Request for Personnel Action. | October 22, 1974 | | |
| 1569 | Request for Personnel Action. | September 18, 1970 | | |
| 1570 | Letter to National Broadcasting, regarding Welles Hangen: "Leng stated that Welles Hangen was captured alive and was last seen alive on Monday, June 1, | May 6, 1975 | | |

| | the day after capture." | | | |
|---|---|---|---|---|
| 1571 | DIA sent photos to "Bob" to identify if they are of a man listed as MIA | August 13, 1987 | | |
| 1572-1580 | Analysis of photos indicates "it is unlikely that the photographs are of the same individual." Photos are included. | September 29, 1987 | | |
| 1581 | Letter or telegraph by "Crundy" | August 5, 1967 | | |
| 1582 | Request for personnel action regarding Weissenback. | September 26, 1970 | | |
| 1583 | Letter or telegraph by "Crundy" | October 7, 1967 | | |
| 1584 | Request for personnel action regarding Weissenback. | September 26, 1970 | | |
| 1585 | Request for personnel action regarding Weissenback | Effective date of March 31, 1969 | | |
| 1586-1593 | Article regarding remains of CIA employee killed in 1975 plane crash in Vietnam. | March 17, 1994 | | Vietnam |
| 1594 | Cable from "grundy Taipei." | August 6, 1967 | Y | |
| 1595-1599 | Department of State fax transmission to Patsy Hollings regarding identification of remains of James A. Rawlings. | February 7, 1994 | | |
| 1600-1607 | Department of State Fax Transmission to | February 4, 1994 | | |

|  | Patsy Hollings with "DOD/PA's Proposed Press Release." Includes talking points. |  |  |  |
|---|---|---|---|---|
| 1608-1610 | Letter from the Office of Vietnam, Laos, and Cambodia Affairs to CIA regarding James Rawlings. | March 4, 1991 |  |  |
| 1611 | Memorandum regarding the death of three individuals. | September 15, 1967 |  |  |
| 1612 | Message regarding "Casualty Problem RE James Rawlings." | April 17, 1989 |  |  |
| 1613 | Aeronautical message draft. | N/A |  |  |
| 1614 | Letter to Army Central Identification Laboratory regarding remains of James A. Rawlings. | August 28, 1985 |  | Vietnam |
| 1615 | Memorandum to State Department regarding "recovery of remains—Mr. James A. Rawlings." | N/A |  |  |
| 1616-1617 | Draft Memorandum for Director of Personnel regarding James Rawlings. | N/A |  | Vietnam |
| 1618 | Two Cables. Date obscured. | N/A |  |  |
| 1619 | Cables regarding downed aircraft. | August 12, 1967 |  |  |
| 1620 | Aeronautical message draft. States, "repeat opinion here is that Pirkle perished in | N/A |  |  |

| | the aircraft which was destroyed by fire. " | | | |
|---|---|---|---|---|
| 1621 | Handwritten note regarding the "presumed death" of Pirkle. | N/A | | |
| 1623-1627 | Memorandum to Director of Personnel regarding Rawlings, missing person status. Includes declaration of presumption of death and minutes from committee meeting regarding that conclusion. | January 13, 1976 | | Vietnam |
| 1628 | Aircraft Accident Review regarding loss of aircraft.  The surviving crew members returned to Udorn. | September 15, 1967 | Y | |
| 1629-1630 | Memorandum from Air America personnel manager regarding the presumed death of Pirkle. | August 24, 1967 | | |
| 1631-1633 | Letter to U.S. Department of Labor regarding presumed death of Pirkle as well as additional forms. | August 12, 1967 | Y | |
| 1634 | Letter to U.S. Embassy from Air America regarding Pirkle. | August 24, 1967 | | |

| | | | |
|---|---|---|---|
| 1635 | Report of assumed death of American Citizen issued by American Foreign Service, regarding Pirkle. | September 12, 1967 | |
| 1636-1637 | Employee Accident Report regarding Pirkle. | N/A | |
| 1638 | Base/Station Clearance Slip regarding Pirkle. | August 22, 1967 | |
| 1639-1642 | Message which states Rawlings was in an aircraft that crashed into a mountain. Says there's no chance of finding survivors and that there's little chance anyone could have survived. | 042351Z | |
| 1643-1644 | Message regarding downed aircraft and search and rescue. | January 13, 1975 | |
| 1645-1648 | Board of review document regarding presumed death of Pirkle. | N/A | |
| 1649 | Personnel clearance slip regarding Pirkle. | August 9, 1967 | |

| | | | |
|---|---|---|---|
| 1650 | Cable that wreckage was spotted but "darkness prevented positive identification… " | September 8, 1963 | |
| 1651-1655 | Cable indicating problems with search and rescue due to weather and inability to locate the beeper. "Wreckage was never located." | January 1975 | Vietnam |
| 1656 | Cable regarding Eugene Henry Debruin. | September 6, 1963 | |
| 1657 | Two American Cable & Radio System cables regarding "aircraft overdue and presumed missing search results negative…" | September 5, 1963 | |
| 1658 | American Cable & Radio System cable regarding wreckage of aircraft. | September 10, 1963 | |
| 1659 | Cable regarding search and rescue. | January 1975 | Vietnam |
| 1660-1661 | Cable regarding search and rescue. "Aircraft records do not indicate that aircraft has emergency beeper installed. " | January 1975 | Vietnam |

| 1662-1665 | Cable saying it may take "as long as 15 days" for the crash site to cool off. Requirement that there be a secure landing zone. Regards Rawlings. | January 15, 1975 | | Vietnam |
|---|---|---|---|---|
| 1666-1668 | Cable describing planned effort for investigation of plane crash. | January 19, 1975 | | |
| 1669-1670 | Cable regarding Air America flight with Rawlings. | January 1975 | | |
| 1671 | Cable indicating "latest report wreckage positively identified…inside accuracy prior report one remains now questionable…" | September 9, 1963 | | |
| 1672 | Cable indicating that source claims crew members captive, "unable to confirm accuracy…" | October 19, 1963 | | |
| 1673 | Pathet Lao Ministers sent letter "advising that the families of the Air America crew members could write to the crew members if they wished and that the Communists would deliver this mail." | October 15, 1963 | Y | |

| 1674 | Memorandum regarding a Board of Review Meeting stating "information is incomplete…as to whether the individuals survived the accident…" | September 16, 1963 | | |
| 1675-1676 | Letters to Air America. | May 20, 1964 | Y | |
| 1677 | Memorandum regarding death certificates for Cheney and Herrick. | December 14, 1963 | | |
| 1678 | Cable stating Cheney and Herrick are likely dead and other crew members prisoner, but "reluctant make public statement until more positive evidence available." | October 24, 1963 | | |
| 1679 | Memorandum for death certificates for Cheney and Herrick asking for a reviewed Report of Death. | November 22, 1963 | | |
| 1680-1681 | Department of Labor document regarding Joseph Cheney's aircraft crash in Laos. | June 12, 1964 | Y | |

| | | | | |
|---|---|---|---|---|
| 1682-1683 | Department of Labor document regarding Charles Grant Herrick's aircraft crash in Laos. | June 12, 1964 | Y | |
| 1684 | Cable regarding wreckage found on mountain. | January 1975 | | |
| 1685 | Proficiency Training document regarding Clarence Driver. | December 8, 1967 | | |
| 1686 | Cable stating that station medical file holdings for Rawlings would "be useless for identification purposes" and requests headquarters provide this data. | January 1975 | | |
| 1687-1689 | Cable regarding weather hindrance of crash site investigation. | January 1975 | | |
| 1690 | Cable regarding investigation of crash site. | January 20, 1975 | | |
| 1691-1695 | Proficiency Training documents for C.N. Driver. | December 13, 1967 (various dates) | | |

| 1696-1698 | Cable describing low to moderate threat over suspected crash site. | January 21, 1975 | | |
| 1699-1709 | Proficiency Training documents for C.N. Driver. | September 11, 1969 | | |
| 1710 | Cable indicating that formal request for recovery mission be submitted soonest. | January 29, 1975 | | Vietnam |
| 1711-1715 | Synthetic instrument training certification for C.N. Driver. | February 26, 1973 (various dates) | | |
| 1716-1717 | Certificates of Ground Training for C.N. Driver. | November 12, 1972 (various dates) | | |
| 1718-1720 | Cable stating Col. Fountaine will lead overall recovery team in Nha Trang | February 1, 1975 | | Vietnam |
| 1721-1723 | Completion of training records for a number of individuals including C.N. Driver. | July 25, 1971 (various dates) | | |

| | | | | |
|---|---|---|---|---|
| 1724-1725 | Cable indicating JCRC standing down until threat assessment resolved. Medical records of Rawlings turned over. | February 3, 1975 | | |
| 1726-1727 | Cable indicating that DAO had not reviewed its threat assessment back up to moderate/high, "…unable to determine how this misinformation reached JCRC Hqs." | February 4, 1975 | | Vietnam |
| 1728-1729 | Completion of training records for a number of individuals including C.N. Driver. | May 30, 1968 | | |
| 1730 | Cable regarding JCRC recovery mission. | February 13, 1975 | | Vietnam |
| 1731 | Completion of training record for a number of individuals including C.N. Driver. | October 12, 1967 | | |
| 1732-1734 | Cable regarding JCRC recovery mission. | February 12, 1975 | | |
| 1735-1736 | Personnel files for Clarence Nesbit Driver. | N/A | | |

| 1737 | Request for personnel action administratively transferring American missing employees from BKK to WAS. | October 22, 1974 | | |
| 1738-1739 | Cable indicating there may be a ten day delay in mission "due to other needs for its equipment, presumably for possible evacuation from Phnom Penh." | March 3, 1975 | | Vietnam |
| 1740-1741 | Cable indicating "Embassy has learned unofficially that ASSAG is uneasy about implementing JCRC recovery plan…and will probably pass proposal to CINCPAC for approval. Such a move would probably result in additional delay of several days at best." | March 1975 | | Vietnam |
| 1742-1743 | Cable, "CONGEN Spear then comments that the delay and late notification put a strain on our relations with the Khanh Hoa authorities and we was "baffled" at the delay." | March 1975 | | |

| | | | | |
|---|---|---|---|---|
| 1744 | Request for Personnel Action for C.N. Driver. | July 1, 1974 | | |
| 1745-1746 | Cable, indicating that the C-123 recovery operation has a feasible (potential) planned "initiation date on/about 19 March." | March 7, 1975 | | Vietnam |
| 1747-1751 | Request for Personnel Action for C.N. Driver. Administratively transferring file of driver to UTH "due to closing of VTE base." | May 30, 1974 | | |
| 1752-1754 | Cable, recover mission delayed until as least "20 March." | March 4, 1975 | | Vietnam |
| 1755-1758 | Request for Personnel Action forms for C.N. Driver. | September 13, 1968. (Various dates.) | | |
| 1759 | Memorandum regarding C.N. Driver receiving an unsatisfactory grade on route/line checks. | November 5, 1969 | | |
| 1760 | Message calling for clarification of garbled message. | January 14, 1975 | | |

| 1761 | Note regarding Driver: "the final approach was two high and too fast…I had to take over the aircraft and make the landing." (sic) | N/A | | |
|------|------|------|------|------|
| 1762 | Department of Labor document regarding James Rawlings. | Date unintelligible | | |
| 1763 | Memorandum regarding employees to be administratively transferred VTE/UTH. Includes C.N. Driver | May 15, 1974 | | |
| 1764 | Advance notice of personnel action regarding missing employees C.N. Driver and J.H. Ackley. | March 15, 1973 | | |
| 1765 | A list of names including C.N. Driver. | N/A | | |
| 1766 | List of Missing Personnel | N/A | | |
| 1767 | C.N. Driver personnel information. | N/A | | |

| 1768 | Air America letter to JCRC indicating "No photograph of the crash site is available and there has been no ground party into the site to provide positive identification." | November 21, 1973 | Y | |
| 1769-1777 | Cable recommending going forward with investigation but that "it is virtually certain that there are no survivors." | January 19, 1975 | | Vietnam |
| 1778-1781 | Initial report of missing aircraft. | 030825Z | | Vietnam |
| 1782 | Air Ameirca letter to Department of Labor regarding Ackley, Boyles, Cavill and Driver, which lists them as "captured." | September 24, 1973 | | |
| 1783 | Air Force letter to Air America asking to verify the date C.N. Driver went missing and whether he was a "civilian officer" or employee of the government. | August 21, 1975 | | |
| | Letter indicating that C.N. Driver is an Air Asia employee. | October 22, 1969 | | |

| 1785 | Chart which is faded and unintelligible. | January 14, 1970 | | |
|---|---|---|---|---|
| 1786 | Document stating that exam results will be available Monday. | N/A | | |
| 1787 | Letter to Clarence Driver. | September 8, 1970 | | |
| 1788 | Letter to Clarence Driver nominating him to serve as block warden. | August 20, 1970 | | |
| 1789-1790 | Personnel files C.N. Driver | December 31, 1965 (various dates) | | |
| 1791-1793 | Area Familiarization Training Records | October 1971 (various dates) | | |
| 1794-1801 | Letter to Air America by Clarence N. Driver with resume, cover letter, and other documents. | December 23, 1965 | | |

| 1802 -1804 | Area Familiarization Training Record for C.N. Driver. | September 1971 | | |
| 1805-1807 | Letter of offer of employment for Clarence N. Driver. | February 16, 1966 | | |
| 1808 | Area Familiarization Training Record for C.N. Driver. | September 13, 1971 | | |
| 1809-1810 | Pilot Flight Check Records, C.N. Driver. | October 14, 1970 | | |
| 1811 | Letter from Clarence Driver to Air Asia Company regarding documentation and compensation questions. | February 22, 1966 | | |
| 1813-1815 | Pilot Flight Check Record, C.N. Driver. Attachment to OPS 373 recommending Link Training. | September 17, 1969 | | |
| 1816 | Letter to U.S. Officers' Open Mess regarding Clarence Driver. | | | |

| 1817 | Pilot Flight Check Record, C.N. Driver | September 1972 | | |
|---|---|---|---|---|
| 1818 | Personnel Division orientation slip for C.N. Driver. | May 18, 1966 | | |
| 1819 – 1820 | Pilot Flight Check Record, C.N. Driver | December 2, 1971 | | |
| 1821 | Letter successfully completing probationary period, for C.N. Driver. | August 22, 1966 | | |
| 1822-1826 | Pilot Flight Check Records, C.N. Driver | September 10, 1971 | | |
| 1827-1845 | Personnel files for C.N. Driver, including Pilot Flight Check Records and evaluation reports. | Various dates. December 2, 1972 | | |
| 1846-1847 | Board of Review meeting regarding Clarence N. Driver, determining that he is considered "Missing." | March 23, 1973 | | |

| 1848-1873 | Personnel files for C.N. Driver, including Pilot Data and Flight Times Reports and evaluation reports, as well as area familiarization training records and completion of training records. | July 4, 1969. Various dates. | | |
|---|---|---|---|---|
| 1874-1883 | Flight incident reports involving C.N. Driver. Recommended to reduce Captain Driver to First Officer status (Page 1883). | September 25, 1969 (Various dates and investigations) | | |
| 1884-1894 | Travel order, arrival checksheet, proficiency training, and other documents etc. for C.N. Driver. | February 19, 1973 | | |
| 1895-1897 | Statement, which is unintelligible, signed by C.N. Driver. | June 20, 1996 | | |
| 1898 | Memorandum detailing the selection of Charles G. Herrick "over 11 other candidates." | August 3, 1962 | | |
| 1899 | Cable. | August 3, 1962 | | |

| | | | | |
|---|---|---|---|---|
| 1900-1902 | References for Chuck Herrick. | August 2, 1962 | | |
| 1903-1911 | Personnel files for Chuck Herrick. Letter in which Herrick indicates that he would consider a co-pilot position. | January 1962 (various dates) | | |
| 1912-1913 | C.N. Driver's time off flight schedule. | December 27, 1971 and October 6, 19762 | | |
| 1914 | Cable that aircraft is overdue. | N/A | | |
| 1915-1919 | Cables regarding Aircraft reported missing after departing from Luang Prabang. Relatives notified. | March 8, 1973 | | |
| 1920-1921 | Cable indicating search and rescue ongoing with no further results at that time. | March 10, 1973 | | |
| 1922 | Cable stating that wreckage was found and that SAR aircraft encountered ground fire. | March 14, 1973 | | |

| 1923 | Letter from Aviation Safety Division requesting L.W. Bowman and C.G. Herrick take a written examination. | September 21, 1962 | | |
|------|------|------|------|------|
| 1924 | Cable indicates that wreckage was located, and "destroyed by impact and fire" with "no apparent survivors" or parachutes. | March 15, 1973 | | |
| 1925 | Cable indicates that search was impeded by weather. | March 9, 1973 | | |
| 1926-1928 | Personnel files for C.G. Herrick, including a travel order and orientation slip. | September 11, 1962 (various dates) | | |
| 1929 | Air America letter to C.N. Driver regarding Far East Pilots Association strike attempt. | January 25, 1973 | | |
| 1930-1931 | Personnel files for C.N. Driver. | January 1, 1973 (various dates) | | |
| 1932 | A memorandum regarding missing Air America employees. | May 29, 1973 | | |

| | | | | |
|---|---|---|---|---|
| 1933 | A travel order for Herrick. | August 27, 1962 | | |
| 1934-1937 | A data check sheet for Clarence N. Driver. | N/A | | |
| 1938-1939 | An employee accident report for C.N. Driver. | March 21, 1973 | | |
| 1940 | A cable from Taipei. | August 24, 1962 | | |
| 1941 | Letter from Charles Herrick to G. W. Gilmer. | (received) August 10, 1962 | | |
| 1942 | A personnel document for Charles G. Herrick. | August 7, 1962 | | |
| 1943 | A cable. | N/A | | |

| 1944 | A Department of Labor letter to Air America regarding the death of two American pilots. | May 20, 1964 | Y | |
| 1945-1949 | A preliminary report of an aircraft accident. | November 8, 1963 | Y | |
| 1950-1952 | Several personnel files for Charles G. Herrick. | November 27, 1962 | | |
| 1953 | Letter stating that three U.S. nationals were killed in an aircraft accident, including Herrick. | September 14, 1963 | | |
| 1954-1955 | Memorandum regarding the presumptive report of death for Charles G. Herrick. | November 2, 1963 | | |
| 1956-1957 | Bastian requests revised Report of Death for Cheney and Herrick. This letter is repeated in an additional memorandum. | November 22, 1963 | Y | |
| 1958 | A letter describing a revised presumptive report of death for Cheney and Herrick. | December 14, 1963 | | |

| 1959 | Cable indicating a lack of photographs for Herrick and other personnel. | July 18 (remainder unintelligible) | Y | |
| 1960-1963 | Five cables regarding a missing aircraft. | September 5, 1963 (various dates) | | |
| 1964 | A letter describes how the communists have offered to let thee family of the Air America crew members write to the lost crew. | October 15, 1963 | | |
| 1965 | A cable which is unintelligible. | N/A | | |
| 1966 | Cables. | August 12, 1966 | | |
| 1967-1971 | References for Clarence N. Driver. | January 4, 1966 | | |
| 1972 | Two cables. | May 4, 1966 | | |

| 1973 | Letter to Air Asia company from Clarence Driver complaining about his current employer. | March 18, 1966 | | |
|---|---|---|---|---|
| 1974 | Western Union cables to and from Clarence Driver regarding Air Asia job. | March 21, 1966 | | |
| 1975 | Memorandum containing names of missing employees. | February 25, 1974 | | |
| 1976 | An American Foreign Service report of death of American citizen regarding Joseph C. Cheney II. | October 22, 1963 | Y | |
| 1977-1978 | Newspaper articles, "Air America calls off search" and "CIA Airliner is Lost over Northern Laos." | January 7, 1972 and December 29, 1971 | Y | |
| 1979 | A routing slip regarding Air America's reward offer for its missing crewmembers, as published in a Lao newspaper. | July 27, 1972 | Y | |
| 1980 | Newspaper article. | December 31, 1971 | Y | |

| 1981-1982 | Cable. | December 27, 1971 | | |
|-----------|--------|-------------------|---|---|
| 1983 | A cable regarding destroyed aircraft. | December 24, 1971 | | |
| 1984 | A memorandum indicates that the JCRC has forwarded a copy of a requested report. | May 16, 1974 | | |
| 1985-1986 | A State Department letter including a copy of the State Department report for the death of Edward J. Weissenback. | January 13, 1975 | | |
| 1987-1998 | Personnel files for Weissenback. | September 25, 1970 (various dates) | | |
| 1999-2001 | Cables regarding reemployment status of Weissenback. Handwritten note with contact information. | July 13, 1970 (various dates) | | |
| 2002 | Letter requesting to lay off five air freight specialists. | March 6, 1969 | | |

| 2003-2011 | Personnel files for Weissenback. | October 30, 1968 (various dates) | | |
|---|---|---|---|---|
| 2012 | Cable requesting photographs for personnel including Cheney and Herrick | | | |

YEAR OF INTELLIGENCE*

| | |
|---|---|
| 2011: | 1 record |
| 2000: | 2 records |
| 1999: | 5 records |
| 1998: | 2 records |
| 1997: | 2 records |
| 1996: | 1 record |
| 1994: | 3 records |
| 1993: | 2 records |
| 1992: | 33 records |
| 1991: | 7 records |
| 1989: | 1 record |
| 1988: | 2 records |
| 1987: | 2 records |
| 1986: | 1 record |
| 1985: | 1 record |
| 1981: | 3 records |
| 1980: | 1 record |
| 1976: | 3 records |
| 1975: | 32 records |
| 1974: | 9 records |
| 1973: | 27 records |
| 1972: | 12 records |
| 1971: | 42 records |
| 1970: | 22 records |
| 1969: | 24 records |
| 1968: | 18 records |
| 1967: | 37 records |
| 1966: | 23 records |
| 1965: | 2 records |
| 1964: | 3 records |
| 1963: | 25 records |
| 1962: | 20 records |

\* Records may contain multiple pages from differing dates. Some of the records from the 1990s also contained underlying intelligence from the 1960s, 1970s, and 1980s.