**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ROGER HALL, *et al.*,      ) | |
|      ) | |
|    Plaintiffs,      ) | |
|      ) | |
|    v.      ) | Civil Action No. 04-0814 (RCL) |
|      ) | |
| CENTRAL INTELLIGENCE AGENCY,      ) | |
|      ) | |
|    Defendant.      ) | |
|      ) | |

**JOINT STATUS REPORT**

Defendant, the Central Intelligence Agency ("CIA" or "Agency"), and Plaintiffs Roger Hall ("Hall"), Studies Solutions Results, Inc., ("SSRI") and Accuracy in Media, Inc., ("AIM") jointly submit this status report to apprise the Court of the status of the parties' discussions regarding attorneys' fees in this Freedom of Information Act ("FOIA"), Privacy Act ("PA") and JFK Records Act matter.  Accordingly, the parties state as follows:

1.       On November 30, 2020, the Court ordered the parties to meet and confer regarding attorneys' fees and to file a status report on January 29, 2021, addressing the potential for settlement and proposing a schedule for any fee litigation that may be required. *See* ECF. No. 353.

2.       On January 27, 2021, counsel for AIM, John Clarke, sent the CIA an itemization of his hours.

3.       On January 27, 2021, counsel for Plaintiffs Hall and SSRI, James H. Lesar, sent a preliminary itemization of his hours, and indicated he was gathering additional billing statements for himself and other who worked on the case.  On April 12, 2021, Mr. Lesar provided additional

itemizations of his and Mr. Clarke's hours.  Mr. Lesar has indicated that additional billing

statements will be provided.

4.      The CIA will be shortly presenting settlement offers to Plaintiffs' counsels.

5.      Accordingly, based on the above, the parties respectfully propose that they

provide another update by **May 28, 2021**, on the parties' discussion pertaining to the potential

for settlement and proposing a schedule for any fee litigation if necessary.  A proposed order is

attached.


Dated:  April 30, 2021                        Respectfully submitted,


                                              /s/ *James H. Lesar*
                                              James H. Lesar, Bar No. 114413
                                              Counsel for plaintiffs Roger Hall and
                                              Studies Solutions Results, Inc.
                                              930 Wayne Avenue
                                              Unit 1111
                                              Silver Spring, MD  20910
                                              (301) 328-5920
                                              jhlesar@gmail.com


                                              /s/ *John H. Clarke*
                                              John H. Clarke, Bar No. 388599
                                              Accuracy in Media, Inc.
                                              1629 K Street, NW
                                              Suite 300
                                              Washington, DC  20006
                                              (202) 344-0776
                                              Fax: (202)332-3030
                                              johnhclarke@earthlink.net

                                              *Counsel for Plaintiffs*

                                              CHANNING D. PHILLIPS, D.C. Bar #415793
                                              Acting United States Attorney

                                              BRIAN P. HUDAK
                                              Acting Chief, Civil Division


                                              By: /s/ *Kathleene Molen*

KATHLEENE MOLEN
Assistant United States Attorney
555 4th Street, N.W.
Washington, District of Columbia 20530
(202) 803-1572
Kathleene.Molen@usdoj.gov

*Counsel for Defendant*