# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-0814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

## [PROPOSED] ORDER

In light of the parties' joint status report updating the Court on the progress of the discussions associated with this matter, it is hereby **ORDERED** that the parties will file another status report by **May 28, 2021**, to further update the Court on the parties' discussion pertaining to the potential for settlement and proposing a schedule for any fee litigation if necessary.

_____  
Date

_____  
Hon. Royce C. Lamberth  
United States District Judge