UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, | ) |
| Plaintiffs, | ) |
| v. | ) Civil Action No. 04-0814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | ) |
| Defendant. | ) |

### [PROPOSED] ORDER

Upon consideration of the Defendant's *Consent Motion for Extension of Time to Respond to Plaintiffs' Motions for Reconsideration*, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED.**

It is **FURTHER ORDERED** that the time for Defendant to file its Response is extended up to and including **May 18, 2021**.

It is **SO ORDERED** this _____ day of _____, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge

3