UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

ROGER HALL, *et al.*, )
)
Plaintiffs, )
)
v. ) Civil Action No. 04-0814 (RCL)
)
CENTRAL INTELLIGENCE AGENCY, )
)
Defendant. )
)

## [PROPOSED] ORDER

Upon consideration of the Defendant's *Consent Motion for Extension of Time to Respond to Plaintiffs' Motions for Reconsideration*, it is hereby:

**ORDERED** that Defendant's Motion is **GRANTED.**

It is **FURTHER ORDERED** that the time for Defendant to file its Response is extended up to and including **May 18, 2021**.

It is **SO ORDERED** this 3rd day of May, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge

3