UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, )<br>)<br>Defendant. )<br>) | Civil Action No. 04-0814 (RCL) |

# EXHIBIT 1



Central Intelligence Agency

Washington, D.C. 20505

21 August 2019

James H. Lesar, Esq.
1003 K Street, N.W.
Suite 400
Washington, DC 20001

Reference: Roger Hall, et al. v. CIA, Civil Action No. 04-00814 (RCL)
F-2013-00454, F-2013-01202, F-2014-00185, F-2019-01824

Dear Mr. Lesar:

Please find, via electronic production, documents responsive to the 7 February 2003, Freedom of Information Act (FOIA) request submitted by your clients, Roger Hall and Studies Solutions Results, Inc. This release includes documents reviewed based on Judge Royce C. Lamberth's order to *disclose previously redacted names of non-CIA employees*.

Upon completing our review of all responsive documents we determined that:
- 249 documents can be released in full
- 156 documents can be released in segregable form with redactions made pursuant to FOIA exemptions (b)(1), (b)(3), (b)(5), and (b)(6).

We processed the request in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended. Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3) CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3) NatSecAct" on the enclosed documents.

Sincerely,

*[signature]*

Mark Lilly
Information and Privacy Coordinator

Enclosure



Central Intelligence Agency

Washington, D.C. 20505

21 August 2019

John H. Clarke
2424 Pennsylvania Avenue, N.W.
No. 410
Washington, DC 20037

Reference: Roger Hall, et al. v. CIA, Civil Action No. 04-00814 (RCL)
F-2013-00454, F-2013-01202, F-2014-00185, F-2019-01824

Dear Mr. Clarke:

Please find, via electronic production, documents responsive to the 7 February 2003, Freedom of Information Act (FOIA) request submitted by your clients, Roger Hall and Studies Solutions Results, Inc. This release includes documents reviewed based on Judge Royce C. Lamberth's order to *disclose previously redacted names of non-CIA employees.*

Upon completing our review of all responsive documents we determined that:
- 249 documents can be released in full
- 156 documents can be released in segregable form with redactions made pursuant to FOIA exemptions (b)(1), (b)(3), (b)(5), and (b)(6).

We processed the request in accordance with the FOIA, 5 U.S.C. § 552, as amended, and the CIA Information Act, 50 U.S.C. § 3141, as amended. Exemption (b)(3) pertains to Section 6 of the Central Intelligence Agency Act of 1949, 50 U.S.C. § 3507, noted as exemption "(b)(3) CIAAct" on the enclosed documents, and/or Section 102A(i)(l) of the National Security Act of 1947, 50 U.S.C § 3024(i)(1), noted as exemption "(b)(3) NatSecAct" on the enclosed documents.

Sincerely,

*[signature]*

Mark Lilly
Information and Privacy Coordinator

Enclosure