UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, | ) |
| Plaintiffs, | ) ) ) |
| v. | ) Civil Action No. 04-0814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY, | ) ) ) |
| Defendant. | ) ) |

**[PROPOSED] ORDER**

Upon consideration of the Defendant's *Opposition to Plaintiffs' Motions to Reconsider the Court's November 30, 2020, Order and Judgment*, it is hereby:

**ORDERED** that Plaintiffs' Motions for Reconsideration (ECF Nos. 364 and 365) are **DENIED.**

It is **SO ORDERED** this _____ day of _____, 2021.

_____
ROYCE C. LAMBERTH
United States District Judge