UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*,           ) | |
| Plaintiffs,           ) | |
| v.           ) | Civil Action No. 04-814 (RCL) |
| CENTRAL INTELLIGENCE AGENCY,           ) | |
| Defendant.           ) | |

PLAINTIFF ACCURACY IN MEDIA'S CONSENT MOTION FOR
ENLARGEMENT OF TIME WITHIN WHICH TO FILE REPLY TO
DEFENDANT'S OPPOSITION TO MOTION FOR RECONSIDERATION

COMES NOW Plaintiff Accuracy in Media, Inc. ("AIM"), by counsel, under Rule 6(b)(1)(A) of the Federal Rules of Civil Procedure, and respectfully move this Court for a 30-day enlargement of time to file its Reply to Defendant CIA's Opposition to Plaintiff's Motion Reconsider the Court's November 30, 2020 Order and Judgment.

Defendant CIA consents to the relief sought.

Memorandum of Points and Authorities

1.      On May 18, 2021, Defendant filed its Opposition to Plaintiffs' motions to reconsider the Court's November 30, 2020 Order and Judgment, ECF No. 369. Under LCvR 7(d), plaintiffs' memoranda in reply to the oppositions were due within seven days.

2.      Undersigned counsel has been met with several deadlines in other cases, including a complex multi-party matter seeking recovery from a trustee who is alleged to have wasted up to half the corpus of a $25 million dollar trust.

3. Counsel for Plaintiffs Roger Hall and Studies Solutions Results, Inc., is unable to efficiently work due to health reasons, even while under a number of demanding deadlines. He too will be seeking an extension of time.

WHEREFORE, Plaintiff Accuracy in Media, Inc., respectfully seeks a 30-day extension of time to and including June 18, 2017, to submit its Reply Memorandum to Defendant CIA's Opposition to Plaintiffs' Motions to Reconsider the Court's November 30, 2020 Order and Judgment.

DATE: May 27, 2017.

_____/s/_____
John H. Clarke # 388599
1629 K Street, NW
Suite 300
Washington, DC 20006
(202) 344-0776
Fax: (202) 332-3030
johnhclarke@earthlink.net

*Counsel for plaintiff*
*Accuracy in Media, Inc.*