UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, et al.,           ) | |
|                               ) | |
|      Plaintiffs,              ) | |
|                               ) | |
|      v.                       ) | Civil Action No. 04-814 (RCL) |
|                               ) | |
| CENTRAL INTELLIGENCE AGENCY,  ) | |
|                               ) | |
|      Defendant.               ) | |
|                               ) | |

ORDER

Upon consideration of the motion Accuracy in Media, Inc., for enlargement of time to file its reply memorandum to Defendant's Opposition to Plaintiffs' motions to reconsider the Court's November 30, 2020 Order and Judgment, it is hereby

ORDERED that plaintiff shall have until June 18, 2021, to submit its Reply Memorandum to Defendant's Opposition to Plaintiffs' motions to Reconsider the Court's November 30, 2020, Order and Judgment.

Date: _____, 2021.

_____
UNITED STATES DISTRICT JUDGE