**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
)
ROGER HALL, *et al.*,                                    )
                                                                        )
      Plaintiffs,                                       )
                                                                        )
      v.                                                       )      Civil Action No. 04-0814 (RCL)
                                                                        )
CENTRAL INTELLIGENCE AGENCY,      )
                                                                        )
      Defendant.                                         )
_____ )

**DEFENDANT' [PROPOSED] ORDER**

Upon consideration of the parties' Joint Status Report dated May 28, 2021,

it is hereby **ORDERED** that, if Plaintiffs are seeking attorneys' fees and costs, Plaintiffs

are ordered to file a properly-supported motions for attorneys' fees and costs;

it is further **ORDERED** that Plaintiff shall inform the Court no later than **June 30, 2021,**

when they intend to file their motions for attorneys' fees and costs.


_____                                    _____
Date                                                              Hon. Royce C. Lamberth
                                                                    United States District Judge