UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| ROGER HALL, *et al.*, ) | |
| ) | |
|    Plaintiffs, ) | |
| ) | |
| v. ) | Civil Action No. 04-814 (RCL) |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, ) | |
| ) | |
|    Defendant. ) | |
| ) | |

ORDER

Upon consideration of the parties' Joint Status Report submitted on May 28, 2021, and it appearing to the Court that the issue of the amount of attorneys' fees due from the CIA to Plaintiffs will not be settled informally, it is this ____ day of _____, hereby

ORDERED, that the parties will submit briefs as follows:

| | |
|---|---|
| 30 days from the date of this Order: | CIA's Brief on specifying what time entries it contends are non-compensable as (1) unclear, (2) administrative and (3) reduced based on its view that Plaintiffs had only partially prevailed, as well as the applicable rates |
| 30 days following CIA's submission: | Plaintiffs' Response. |

_____
UNITED STATES DISTRICT JUDGE

2