# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

ROGER HALL, et al.,  :
:
    Plaintiffs,  :
:
v.  : C. A. No. 04-814(RCL)
:
CENTRAL INTELLIGENCE  :
   AGENCY  :
:
    Defendant

### MOTION BY PLAINTIFFS ROGER HALL ("HALL") AND STUDIES SOLUTIONS RESULTS, INC. ('SSRI") FOR AN EXTENSION OF TIME TTO REPLY TO DEFENDANT'S OPPOSITION TO RECONSIDERATION OF THIS COURT'S ORDER AND ALLEGED "FINAL <u>JUDGMENT ISSUED NOVEMBER 30, 2020</u>

Plaintiff's Hall and SSRI, Inc. ("Hall)" hereby move this Court for an extension of time to to reply to defendant's opposition to reconsideration of this Court's November 30, 2020 Order and "Final Judgment" (ECF #369.  Due to the alleged COVID 19 PANDEMIC and other reasons, Hall is

2

unable to set forth in a manner consistent with professional standards grounds for supplementing and amplifying those he has previously set forth in prior pleadings without such an extension. (which are incorporated herein by reference).

Hall believes that believes that the grounds set forth by Accuracy in Media (AIM) in ECF 374 are more than sufficient to warrant granting reconsideration for both Hall and AIM. Neverthess, there is a plethora of new evidentiary facts and legal developments which, as soon as he is able to do, he will pubt before the Court in supplemental filings while he awaits this Court's ruling.

        Respectfully submitted,

,

        _____/s/_____
        JAMES H. LESAR, Bar #114413
        930 Wayne Ave., Unit 1111
        Silver Spring, MD 20910
        Phone: (301) 328-5920
        jhlesar@gmail.com

**Counsel for Plaintiffs
Roger Hall and SSR, Inc.**